Matter of Yorbis H. (2025 NY Slip Op 05881)

Matter of Yorbis H.

2025 NY Slip Op 05881

Decided on October 23, 2025

Appellate Division, First Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided and Entered: October 23, 2025

Before: Renwick, P.J., Kennedy, Mendez, O'Neill Levy, Chan, JJ. 

Docket No. D-10841/24|Appeal No. 5027|Case No. 2025-01238|

[*1]In the Matter of Yorbis H., Respondent-Appellant, A Person Alleged to be a Juvenile Delinquent. Presentment Agency

Dawne A. Mitchell, The Legal Aid Society, New York (Polixene Petrakopoulos of counsel), for appellant.
Muriel Goode-Trufant, Corporation Counsel, New York (Hanna L. St. Marie of counsel), for Presentment Agency.

Order of disposition, Family Court, Bronx County (Ronna H. Gordon-Galchus, J.), entered on or about November 13, 2024, which adjudicated appellant a juvenile delinquent upon his admission that he committed an act that, if committed by an adult, would constitute the crime of sexual abuse in the third degree, and placed him on level one probation for a period of 12 months, unanimously affirmed, without costs.
The court providently exercised its discretion when it adjudicated appellant a juvenile delinquent and placed him on level 1 probation for 12 months, which was recommended by the Probation Department, and which was the least restrictive available alternative consistent with his best interests and the need to protect the community (see Matter of Katherine W., 62 NY2d 947, 948 [1984]). An adjournment in contemplation of dismissal would not have provided sufficient supervision, in view of the seriousness of the underlying sex offense, appellant's apparent lack of genuine remorse and failure to understand the seriousness of his acts, and appellant's absences, within the first five sessions, from the treatment program in which he voluntarily enrolled (see e.g. Matter of Zion F., 92 AD3d 589, 590 [1st Dept 2012]).
THIS CONSTITUTES THE DECISION AND ORDER OF THE SUPREME COURT, APPELLATE DIVISION, FIRST DEPARTMENT.
ENTERED: October 23, 2025